IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VENUS LOCATION LLC** § <br> § <br> Plaintiff, § <br> § **CASE NO. 16-cv-983-JRG-RSP** <br> v. § <br> § <br> **ACTSOFT, INC.** § <br> § <br> Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Unopposed Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Venus Location LLC ("Plaintiff") and Actsoft, Inc. ("Defendant"), the Unopposed Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 30th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE